**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

SALVADOR SANCHEZ, Jr.,

Defendant - Appellant.

No. 10-50570

D.C. No. 2:09-cr-01051-GW

MEMORANDUM[*]

Appeal from the United States District Court
for the Central District of California
George H. Wu, District Judge, Presiding

Submitted April 17, 2012[**]

Before:     LEAVY, PAEZ, and BEA, Circuit Judges.

Salvador Sanchez, Jr., appeals from his guilty-plea conviction for bank

robbery, in violation of 18 U.S.C. § 2113(a); his jury-trial conviction for being a

felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1); and a

concurrent 180-month sentence. Pursuant to *Anders v. California*, 386 U.S. 738

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

(1967), Sanchez's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80-81 (1988), discloses no arguable grounds for relief on direct appeal with respect to either of Sanchez's convictions, or the 180-month sentence imposed for being a felon in possession of a firearm. We dismiss Sanchez's appeal of the 180-month sentence imposed for bank robbery in light of the valid appeal waiver. *See United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir. 2000).

Counsel's motion to withdraw is **GRANTED**.

Sanchez's convictions and the sentence imposed for being a felon in possession of a firearm are **AFFIRMED**. Sanchez's appeal of the sentence imposed for bank robbery is **DISMISSED**.